| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) SQUATRITO, DOMINIC J. | 2. Court or Organization US DISTRICT COURT HARTFORD, CT | 3. Date of Report 08/16/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTR. JUDGE-SENIOR STATUS | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address US DISTRICT COURT 450 MAIN STREET HARTFORD, CT 06103 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | ⬜ - wages and pass through. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | People's United Bank & Connecticut Development Authority | Construction mortgage, equipment and revolving credit | P1 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 08/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Contra Fund - mutual fund | A | Dividend | J | T | | | | | |
| 2. Bank of America - checking account | A | Interest | M | T | | | | | |
| 3. First Bank Niagara - checking account | B | Interest | M | T | Buy | 1/1/2011 | M | | |
| 4. [redacted] . - common stock | G | Int./Div. | P1 | U | | | | | |
| 5. Land, Windham, CT | | None | K | W | | | | | |
| 6. Cossombrato, Italy - Real Estate | | None | M | W | | | | | |
| 7. Rental Property, South Kingston, RI | A | Rent | O | W | | | | | |
| 8. [redacted] South Windsor, CT | G | Rent | P2 | | | | | | |
| 9. Pfizer, Inc. - common stock | A | Dividend | J | T | | | | | |
| 10. Sysco Corp - common stock | A | Dividend | J | T | | | | | |
| 11. Oppenheimer Senior Floating Rate Fund - mutual fund | A | Dividend | | | Sold | 2/11/11 | J | B | |
| 12. Manulife (John Hancock) Lifestyle Conserve Fund (401K) | | None | M | T | | | | | |
| 13. Dodge & Cox Intl Stock Fund - common stock | A | Dividend | K | T | Sold (part) | 08/11/11 | J | B | |
| 14. Praxair, Inc. - common stock | A | Dividend | J | T | Buy (add'l) | 2/11/11 | J | | |
| 15. | | | | | Sold (part) | 9/30/11 | J | A | |
| 16. Vanguard High Yield Corporate Fund | B | Dividend | K | T | | | | | |
| 17. New Alliance Bank Taxable Deposit | A | Int./Div. | | | Buy | 1/31/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 08/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Buy (add'l) | 2/17/11 | J | | |
| 19. | | | | | Buy (add'l) | 02/28/11 | L | | |
| 20. | | | | | Buy (add'l) | 3/31/11 | J | | |
| 21. | | | | | Buy (add'l) | 4/30/11 | J | | |
| 22. | | | | | Sold | 8/11/11 | J | A | |
| 23. ▨ Property, South Kingston, RI | | None | O | W | | | | | |
| 24. Coventry, CT Real Estate | | None | J | W | | | | | |
| 25. Apache Corp Com - common stock | A | Dividend | J | T | Buy (add'l) | 3/11/11 | J | | |
| 26. Noble Corp - common stock | | None | | | Sold | 04/12/11 | J | B | |
| 27. Weatherford - common stock | | None | J | T | Buy (add'l) | 3/1/11 | J | | |
| 28. JP Morgan Chase & Co. - common stock | A | Dividend | J | T | | | | | |
| 29. Autodesk - common stock | | None | | | Sold | 09/30/11 | J | A | |
| 30. Int'l Business Machines Corp - common stock | A | Dividend | K | T | | | | | |
| 31. Ecolab Inc. - common stock | A | Dividend | K | T | Buy (add'l) | 3/1/11 | J | | |
| 32. Fidelity CT Municipal Income Fund | D | Dividend | M | T | | | | | |
| 33. Staples - common stock | A | Dividend | | | Sold | 02/17/11 | J | A | |
| 34. Abbott Labs Inc. - common stock | A | Dividend | K | T | Buy (add'l) | 2/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 08/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 4/12/11 | J | | |
| 36. Teva Pharmaceutical Inds Ltd ADR | A | Dividend | K | T | Buy | 4/12/11 | J | | |
| 37. Danaher Corp - common stock | A | Dividend | K | T | Buy (add'l) | 8/31/11 | J | | |
| 38. United Technologies Corp - common stock | A | Dividend | J | T | | | | | |
| 39. Cisco Systems Inc. - common stock | A | Dividend | J | T | | | | | |
| 40. Research In Motion - common stock | | None | | | Sold | 02/16/11 | J | A | |
| 41. Freeport McMoran Copper and Gold - common stock | | None | | | Sold | 01/07/11 | J | C | |
| 42. Telefonica De Espana A Sponsored ADR | B | Dividend | J | T | Buy (add'l) | 2/11/11 | J | | |
| 43. Plymouth CT 2.000% | A | Int./Div. | K | T | | | | | |
| 44. Griswold CT 3.125% | A | Int./Div. | K | T | | | | | |
| 45. Connecticut ST 2.750% | A | Int./Div. | K | T | | | | | |
| 46. Portland CT 3.500% | A | Int./Div. | K | T | | | | | |
| 47. Derby CT 4.250% | B | Int./Div. | K | T | | | | | |
| 48. Deutsche CMO - bond | A | Int./Div. | J | T | Redeemed (part) | 01/25/11 | J | A | |
| 49. | | | | | Redeemed (part) | 02/25/11 | J | A | |
| 50. | | | | | Redeemed (part) | 03/25/11 | J | A | |
| 51. | | | | | Redeemed (part) | 04/25/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 08/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Redeemed (part) | 05/25/11 | J | A | |
| 53. | | | | | Redeemed (part) | 06/25/11 | J | A | |
| 54. | | | | | Redeemed (part) | 07/25/11 | J | A | |
| 55. | | | | | Redeemed (part) | 08/25/11 | J | A | |
| 56. | | | | | Redeemed (part) | 09/25/11 | J | A | |
| 57. | | | | | Redeemed (part) | 10/25/11 | J | A | |
| 58. | | | | | Redeemed (part) | 11/25/11 | J | A | |
| 59. | | | | | Redeemed (part) | 12/25/11 | J | A | |
| 60. Bank of America - common stock | A | Dividend | | | Sold | 08/8/11 | J | A | |
| 61. ChevronTexaco Corp - common stock | A | Dividend | K | T | | | | | |
| 62. Corning - common stock | A | Dividend | J | T | Buy (add'l) | 2/11/11 | J | | |
| 63. | | | | | Sold (part) | 10/31/11 | J | A | |
| 64. Cummins Inc. - common stock | A | Dividend | J | T | | | | | |
| 65. Dentsply International - common stock | A | Dividend | | | Sold | 04/12/11 | J | A | |
| 66. DPL Inc - common stock | B | Dividend | | | Sold | 11/28/11 | K | C | |
| 67. Fluor Corp - common stock | A | Dividend | | | Sold | 09/30/11 | J | A | |
| 68. Illinois Tool Works - common stock | A | Dividend | J | T | Buy (add'l) | 2/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 08/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ITC Holdings Corp - common stock | A | Dividend | K | T | Buy (add'l) | 4/12/11 | J | | |
| 70. MDU Res Group- common stock | A | Dividend | | | Sold | 01/07/11 | K | A | |
| 71. Metlife Inc. - common stock | A | Dividend | J | T | Buy (add'l) | 4/12/11 | J | | |
| 72. Morgan Stanley Dean Witter - common stock | A | Dividend | | | Sold | 4/12/11 | J | A | |
| 73. Nordstrom - common stock | A | Dividend | | | Sold | 10/03/11 | J | B | |
| 74. Occidental Pete Corp - common stock | A | Dividend | | | Sold | 03/01/11 | J | B | |
| 75. Pepsico Inc. - common stock | A | Dividend | K | T | Buy (add'l) | 12/28/11 | J | | |
| 76. Proctor & Gamble Company - common stock | A | Dividend | K | T | Buy (add'l) | 3/1/11 | J | | |
| 77. Southern Co - common stock | B | Dividend | K | T | | | | | |
| 78. Target Corp - common stock | A | Dividend | K | T | Buy (add'l) | 3/1/11 | J | | |
| 79. | | | | | Buy (add'l) | 4/12/11 | J | | |
| 80. | | | | | Sold (part) | 12/22/11 | J | A | |
| 81. Wells Fargo & Co New - common stock | A | Dividend | J | T | Buy (add'l) | 2/17/11 | J | | |
| 82. Fidelity Adv Emerg Market-1 | A | Dividend | K | T | | | | | |
| 83. Seadrill Limited | C | Dividend | K | T | | | | | |
| 84. Federated Govt Ultra DUR IS - mutual fund | A | Dividend | K | T | Sold (part) | 02/17/11 | K | A | |
| 85. | | | | | Sold (part) | 4/12/11 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 08/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 4/26/11 | K | A | |
| 87. Federated Ultra Short FD | C | Dividend | M | T | | | | | |
| 88. Vanguard S/T Investment Grade FD-ADM - mutual fund | D | Dividend | M | T | Sold (part) | 02/16/11 | K | A | |
| 89. Hartford CT 4.250 % | B | Int./Div. | L | T | | | | | |
| 90. Madison CT 3.0% | A | Int./Div. | K | T | | | | | |
| 91. Newington CT 4.3% | B | Int./Div. | K | T | | | | | |
| 92. Newtown CT 2.5% | A | Int./Div. | K | T | | | | | |
| 93. Norwalk CT 4.000% | B | Int./Div. | L | T | | | | | |
| 94. Gulf Breeze FL 4.500% | B | Int./Div. | K | T | | | | | |
| 95. EMC Corp - common stock | | None | J | T | Buy (add'l) | 2/11/11 | J | | |
| 96. South Cent CT WTR 3.5% | B | Int./Div. | L | T | | | | | |
| 97. Royal Caribbean Cruises LTD | A | Dividend | J | T | Buy (add'l) | 4/12/11 | J | | |
| 98. Apple - common stock | | None | K | T | Buy (add'l) | 4/12/11 | J | | |
| 99. Nextera Energy Inc. - common stock | A | Dividend | K | T | Buy (add'l) | 2/11/11 | J | | |
| 100. T Rowe Price Intl Discovery | A | Dividend | K | T | | | | | |
| 101. Johnson Controls Inc. - common stock | A | Dividend | K | T | Buy (add'l) | 2/11/11 | J | | |
| 102. | | | | | Buy (add'l) | 8/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Coach - common stock | A | Dividend | | | Sold | 09/30/11 | K | A | |
| 104. | | | | | Buy (add'l) | 2/11/11 | K | | |
| 105. Williams Cos Inc. - comon stock | A | Dividend | K | T | | | | | |
| 106. Thermo Fisher Scientific Inc. - common stock | | None | J | T | | | | | |
| 107. Honeywell International - common stock | A | Dividend | K | T | Buy (add'l) | 2/11/11 | J | | |
| 108. | | | | | Buy (add'l) | 4/12/11 | J | | |
| 109. Hewlett Packard - common stock | A | Dividend | | | Buy (add'l) | 2/11/11 | J | | |
| 110. | | | | | Buy (add'l) | 2/17/11 | J | | |
| 111. | | | | | Sold | 8/22/11 | J | A | |
| 112. Jacobs Engineering Group, Inc. - | | None | J | T | | | | | |
| 113. Adobe Systems - common stock | | None | J | T | Sold (part) | 09/30/11 | J | A | |
| 114. Air Products - common stock | A | Dividend | | | Sold | 01/06/11 | J | A | |
| 115. Goldman Sachs - common stock | A | Dividend | K | T | | | | | |
| 116. T R Price Mid Cap Growth Fund - mutual fund | C | Dividend | K | T | | | | | |
| 117. Omnicom Group Com - common stock | A | Dividend | J | T | | | | | |
| 118. Cognizant Technology Solutions - common stock | | None | | | Buy | 8/29/11 | J | | |
| 119. | | | | | Sold | 9/30/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 08/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Kimberly Clark - common stock | A | Dividend | J | T | Buy | 2/17/11 | J | | |
| 121. | | | | | Sold (part) | 10/25/11 | J | A | |
| 122. Middlefield CT, 1.950% | A | Int./Div. | | | Buy | 4/26/11 | L | | |
| 123. | | | | | Sold | 12/15/11 | K | A | |
| 124. Middlefield CT, 1.750% | | None | L | T | Buy | 12/15/11 | L | | |
| 125. Ares Capital Corp - common stock | A | Dividend | J | T | Buy | 4/12/11 | J | | |
| 126. | | | | | Buy (add'l) | 8/11/11 | J | | |
| 127. Baxter International Inc. - common stock | A | Dividend | J | T | Buy | 8/24/11 | J | | |
| 128. | | | | | Buy (add'l) | 8/31/11 | J | | |
| 129. | | | | | Buy (add'l) | 9/20/11 | J | | |
| 130. Coca Cola Co Com - common stock | A | Dividend | J | T | Buy | 2/11/11 | J | | |
| 131. Exxon Mobil Corp - common stock | A | Dividend | J | T | Buy | 8/15/11 | J | | |
| 132. Scout International Fund - common stock | A | Dividend | K | T | Buy | 11/4/11 | K | | |
| 133. T Rowe Price High Yield Fund - mutual fund | C | Dividend | K | T | Buy | 2/16/11 | K | | |
| 134. Abb LTD Spons ADR - common stock | A | Dividend | J | T | Buy (add'l) | 2/11/11 | J | | |
| 135. | | | | | Buy (add'l) | 10/28/11 | J | | |
| 136. Federated Gov Obl Tx - X | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 08/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Litchfield CT 2.5% | A | Int./Div. | L | T | Buy | 2/17/11 | L | | |
| 138. Ford Motor - common stock | | None | K | T | Buy | 2/11/11 | J | | |
| 139. | | | | | Buy (add'l) | 2/24/11 | K | | |
| 140. Direct CL A - common stock | | None | K | T | Buy | 4/12/11 | J | | |
| 141. | | | | | Buy (add'l) | 10/28/11 | J | | |
| 142. Google - common stock | | None | J | T | Buy | 7/22/11 | J | | |
| 143. Union Pac Corp - common stock | | None | J | T | Buy | 10/27/11 | J | | |
| 144. Disney Walt Co. - common stock | | None | K | T | Buy | 11/3/11 | J | | |
| 145. | | | | | Buy (add'l) | 12/7/11 | J | | |
| 146. | | | | | Buy (add'l) | 12/29/11 | J | | |
| 147. Connecticut ST HSG .300% 5/15/12 | | None | K | T | Buy | 12/23/11 | K | | |
| 148. Oppenheimer Rochester Muni | | None | | | Redeemed | 1/1/2011 | L | A | |
| 149. Pimco All Asset Fund - Y | | | | | | | | | |
| 150. Pioneer Global High Yield Fund - Y | | | | | | | | | |
| 151. Thornburg Investment Income Builder Fund - Y | | | | | | | | | |
| 152. Principal Sam Balanced Portfolio Fund Class C - Y | | | | | | | | | |
| 153. Pimco Unconstrained Bond A - Y | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 08/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Oppenheimer LTD TRM Muni A - Y | | | | | | | | | |
| 155.  Federated Capital Reserves - Y | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 08/16/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Pimco All Asset Fund - Y - Disposed In full in 2010 and reported on 2010 report

Pioneer Global High Yield Fund - Y - Disposed In full in 2010 and reported on 2010 report.

Thornburg Investment Income Builder Fund - Y - Disposed In full in 2010 and reported on 2010 report.

Principal Sam Balanced Portfolio Fund Class C - Y - Disposed In full in 2010 and reported on 2010 report.

FPL Group, Inc. - Y - Disposed In full in 2010 and reported on 2010 report.

Pimco Unconstrained Bond A - Y - Disposed In full in 2010 and reported on 2010 report.

Oppenheimer LTD TRM Muni A - Y - Disposed In full in 2010 and reported on 2010 report.

Federated Capital Reserves - Y - Was combined with Federated Government Obl Tax in 2010.

Federated Gov Obl Tx - X - Was combined with Fedreated Capital Reserves in 2010.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ DOMINIC J. SQUATRITO**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544